UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 08 B 00801
    DANIEL G BELZ
                                      CHAPTER 13

                                      JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-6463
```

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/15/08 and confirmed on 03/21/08.

    2.  The case was dismissed after confirmation, 10/17/2008.

    3.  The Debtor paid a total of $  2700.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 31187.49 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | MORTGAGE ARRE | 7420.13 | .00 | 182.46 |
| MARRIOTT VACATION CLUB | SECURED | .00 | .00 | .00 |
| MARRIOTT VACATION CLUB | MORTGAGE ARRE | 2600.00 | .00 | 63.94 |
| SANTANDER CONSUMER USA | SECURED VEHIC | .00 | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 1607.02 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2705.42 | .00 | .00 |
| JOE MADDEN FORD | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 1763.70 | .00 | .00 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 15.68 | .00 | .00 |
| RECOVERY MANAGEMENT SYST | UNSECURED | 1798.76 | .00 | .00 |

                Summary of disbursements:
--------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 41207.62 | .00 | 7890.58 | .00 | 49098.20 |
| PRINCIPAL PAID | 246.40 | .00 | .00 | .00 | 246.40 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 246.40 | .00 | .00 | .00 | 246.40 |

The Debtor's attorney, RICHARD S BASS              , was allowed $  3300.00
and was paid $  1000.00  direct and $  2300.00  through the plan.

The Trustee received $   153.60 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

```
Dated: 01/14/09                      /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```